**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

INGRID V. ARNEBERG,

Plaintiff,

v.

GEORGES BERGÈS, and GEORGES BERGÈS GALLERIES, LLC,

Defendants.

------------------------------------------------------------ x

Case No. 16-cv-08955

**STIPULATION OF SETTLEMENT AND DISMISSAL ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: SEP 0 7 2018

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

1. The parties hereby agree, pursuant to the Settlement Agreement and Mutual Release, that the above-captioned action is dismissed and discontinued with prejudice, as to the named defendant(s), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.
2. This Court to retain jurisdiction of the Settlement Agreement and Mutual Release.

Respectfully submitted,
**INGRID V. ARNEBERG,**
Plaintiff

By: _/s/ Daniel J. Voelker_
One of Her Attorneys

Daniel J. Voelker, Esq.
Olga S. Dmytriyeva, Esq.
VOELKER LITIGATION GROUP
600 W. Jackson Blvd, Suite 100
Chicago, Illinois 60661
T: (312) 870-5432
olga@voelkerlitigationgroup.com

Respectfully submitted,
**GEORGES BERGÈS, and GEORGES BERGÈS GALLERIES, LLC,**
Defendants

By: _/s/_
One of Their Attorneys

Danirl S. Kokhba, Esq.
Kantor Davidoff Mandelker Twomey Gallanty & Kokhba P.C.
415 Madison Avenue. 16th Floor.
New York, New York  10017
(T) 212-682-8383 - Ext. 731
kokhba@kantordavidoff.com

SO ORDERED:

Dated: New York, New York
Sept 7, 2018
(date)

_/s/_
United States District/~~Magistrate Judge~~