UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
INGRID V. ARNEBERG,

Plaintiff,

v.

GEORGES BERGÈS, and GEORGES BERGÈS
GALLERIES, LLC,

Defendants.
--------------------------------------------------------------- x

Case No. 16-cv-08955

**STIPULATION OF
SETTLEMENT AND
DISMISSAL ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

1. The parties hereby agree, pursuant to the Settlement Agreement and Mutual Release, that the Plaintiff's Complaint against Defendants, GEORGES BERGÈS, and GEORGES BERGÈS GALLERIES, LLC, and Defendants' Counterclaim against Plaintiff, INGRID V. ARNEBERG, are dismissed and discontinued with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.
2. The above-captioned matter is closed as to all parties, including Defendant, MALCOLM BRICKLIN, in a related case (Case No. 17-cv-4973).
3. This Court to retain jurisdiction of the Settlement Agreement and Mutual Release.

Respectfully submitted,
**INGRID V. ARNEBERG,**
Plaintiff

By: _____
One of Her Attorneys

Daniel J. Voelker, Esq.
Olga S. Dmytriyeva, Esq.
VOELKER LITIGATION GROUP
600 W. Jackson Blvd, Suite 100
Chicago, Illinois 60661
T: (312) 870-5432
olga@voelkerlitigationgroup.com

Respectfully submitted,
**GEORGES BERGÈS, and GEORGES
BERGÈS GALLERIES, LLC,**
Defendants

By: _____
One of Their Attorneys

Danirl S. Kokhba, Esq.
Kantor Davidoff Mandelker Twomey
Gallanty & Kokhba P.C.
415 Madison Avenue, 16th Floor.
New York, New York 10017
(T) 212-682-8383   Ext. 731
kokhba@kantordavidoff.com

Respectfully submitted,
**MALCOLM BRICKLIN**
Defendant

By: _____
    One of His Attorneys

Fred A. Schwartz, Esq.
KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT
200 East Palmetto Park Road, Suite 103
Boca Raton, Florida 33432
(T): 561-910-3070
schwartz@kolawyers.com

SO ORDERED:

_____
United States District/Magistrate Judge

Dated: New York, New York
_____, 20___
(date)